■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN C. MARTIN, Appellant. [46 NYS3d 883]—

Order, Supreme Court, New York County (James M. Burke, J.), entered June 17, 2013, which adjudicated defendant a level three sexually violent predicate sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant could not have been prejudiced by the court's denial of his request for an adjournment for the purpose of obtaining additional information about his health, because the court expressly stated that it accepted as true defense counsel's description of defendant's medical condition and the content of the documentation counsel sought to provide, but that it did not consider defendant's medical condition a sufficient basis for a downward departure under all the circumstances. Accordingly, we find that a remand for a new proceeding is not warranted. Concur—Sweeny, J.P., Andrias, Manzanet-Daniels, Gische and Webber, JJ.